# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ANTHONY EVANS

　　　　　vs　　　　　　　　　　　Case No. 3:11cv103/RV/CJK

C.O. OATES, et al.

———————————————————

## ORDER

Plaintiff's **MOTION TO DISTRICT JUDGE REQUESTING THAT A RECONSIDERATION BE MADE ON PLAINTIFF'S MOTION TO APPOINT COUNSEL WHICH HAS BEEN DENIED BY A MAGISTRATE JUDGE** and **MOTION FOR APPOINTMENT OF COUNSEL**, received on May 17, 2011, were referred to the undersigned with the following deficiencies:

> The documents do not have proper signature blocks. The typed or printed name and address (including the inmate identification number) of the party filing the document must be included in the signature block. An original signature must be affixed to any document which is filed in paper form. N.D. Fla. Loc. R. 5.1(B)(5).

For these reasons, IT IS ORDERED that:

> The submitted hard copies of the documents shall be returned to you by the Clerk without electronic filing. They may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 20th day of May 2011.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR
UNITED STATES MAGISTRATE JUDGE